## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case No.: | 19-62898-PMB | Trustee Name: | (300320) S. Gregory Hays |
| Case Name: | BAPST, DANA LEE | Date Filed (f) or Converted (c): | 08/15/2019 (f) |
| | | § 341(a) Meeting Date: | 09/17/2019 |
| For Period Ending: | 06/30/2020 | Claims Bar Date: | 01/02/2020 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2007 Lexus RX350, 180000 miles   Notice of Abandonment filed on 10/3/19 . Dkt # 18. | 5,650.00 | 0.00 | OA | 0.00 | FA |
| 2 | Household goods and furnishings | 4,000.00 | 0.00 | | 0.00 | FA |
| 3 | Piano, guitars | 3,000.00 | 0.00 | | 0.00 | FA |
| 4 | everyday clothes | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Various Jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Cat, dog   Notice of Abandonment filed on 10/3/19 . Dkt # 18. | 0.00 | 0.00 | OA | 0.00 | FA |
| 7 | Cash | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Checking: Delta Credit Union | 1.37 | 0.00 | | 0.00 | FA |
| 9* | Contingent beneficiary in the 2006 John B Williams Irrecovable Trust (See Footnote) | 0.00 | Unknown | | 0.00 | Unknown |
| 10 | Ongoing DSO's of Ex-Husband | Unknown | 0.00 | | 0.00 | FA |
| 11 | Potential Claims arising from 2017 death of daughter | Unknown | 0.00 | | 0.00 | FA |
| 12 | Malpractice Claims against Frank Marquez | Unknown | 0.00 | | 0.00 | FA |
| 12 | Assets    Totals    (Excluding unknown values) | $15,851.37 | $0.00 | | $0.00 | $0.00 |

RE PROP# 9     1/3 interest in real property in Trust. Property is worth approximately $1.2 million. Ownership interest vests in about 7 years.

**Major Activities Affecting Case Closing:**

Trustee is reviewing the value of the contingent interest in the Trust and real property within the Trust.

Trustee is reviewing the value of the contingent interest in the Trust and real property.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2021 | **Current Projected Date Of Final Report (TFR):** | 12/31/2021 |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 19-62898-PMB  
**Case Name:** BAPST, DANA LEE  

**For Period Ending:** 06/30/2020

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 08/15/2019 (f)  
**§ 341(a) Meeting Date:** 09/17/2019  
**Claims Bar Date:** 01/02/2020

07/30/2020  
_____  
Date

/s/S. Gregory Hays  
_____  
S. Gregory Hays